## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROBERT DWAIN JARRETT**                                                          **PLAINTIFF**
**ADC #161225**

**v.**                                   **CASE NO. 4:18-CV-00479 BSM**

**ASA HUTCHINSON, et al.**                                                       **DEFENDANTS**

### ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 5] have been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety, and the case is dismissed without prejudice.

Dismissal of this action counts as a "strike" under 28 U.S.C. section 1915(g). Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 11th day of September 2018.

_____
UNITED STATES DISTRICT JUDGE