# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ROBERT DWAIN JARRETT**                                               **PLAINTIFF**
**ADC #161225**

v.                  **CASE NO. 4:18-CV-00479 BSM**

**ASA HUTCHINSON, et al.**                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of September 2018.

                                                           _/s/ Brian S. Miller_
                                                           UNITED STATES DISTRICT JUDGE